GEORGE H. SMITH et al., Respondents, *v.* CORDEN T. GRAHAM, Appellant.

*Smith* v. *Graham*, 161 App. Div. 803, affirmed.
(Argued February 2, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1914, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term in an action to compel the removal of

a certain building which defendant erected on his premises in violation of covenants contained in certain deeds.

*J. Stuart Page* for appellant.

*William De Graff* for respondents.

Judgment affirmed, with costs, on opinion of ROBSON, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and SEABURY, JJ. Not voting: CARDOZO, J.